UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEVEN L. STEWART and<br>JACALYN R. STEWART,<br><br>    Plaintiffs,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER US, INC.;<br>ZIMMER SURGICAL, INC.; and<br>ZIMMER BIOMET HOLDINGS, INC.,<br>ABC CORPORATION, 1 through 99, and<br>Unknown Defendants/Addresses Unknown,<br><br>    Defendants. | Case No. 3:16-cv-00115-TMR<br><br>Judge Thomas M. Rose |

**ORDER GRANTING AGREED MOTION TO STAY**

Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc. (collectively, "Zimmer"), filed an Agreed Motion to Stay. The Court, having considered the motion and being duly advised, now GRANTS the motion.

IT IS HEREBY ORDERED that all further proceedings in this case are stayed including, but not limited to, the deadline for Zimmer to answer or otherwise respond to the Complaint, pending transfer to *In re: Zimmer Durom Hip Cup Products Liability Litigation,* MDL-2158 (the "Durom Cup MDL").

SO ORDERED.

Dated: 4-11-16

_____
United States District Court Judge

US.105314995.01
15914828.1